[No. 42246-8-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM HEE JU BOOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01142-4, Christine A. Pomeroy, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 42350-2-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ENRIQUE BLANCO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03354-0, Brian M. Tollefson, J., entered July 8, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 42399-5-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL RAY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-05300-1, Garold E. Johnson, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 42404-5-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON R. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00297-4, Gary B. Bashor, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.